UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6897-GW-JEMx | Date | August 28, 2023 |
|---|---|---|---|
| Title | *Liberty Surplus Insurance Company v. U.S. Specialty Insurance Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On August 24, 2023, Plaintiff Liberty Surplus Insurance Company filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 90 days. The Court now sets an order to show re: settlement hearing for November 30, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on November 28, 2023.

:

Initials of Preparer   JG