JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. SPECIALTY INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.  CV 22-6897-GW-JEMx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: October 10, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE